UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| ABDUL RAHMAN ADINAN, | ) | CASE NO. 4:18CV426 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| JEFF SESSIONS, | ) | O R D E R |
| Defendant. | ) | |

This Court has reviewed the Report and Recommendation (Doc.#7) of Magistrate Judge Thomas M. Parker regarding Defendant's Motion to Dismiss for lack of jurisdiction. (Doc.#6). The Magistrate Judge Recommends that the Motion be granted, as Plaintiff is no longer being detained by Respondent and his sole request for relief has been rendered moot. The docket shows that all mail has been returned and the Bureau of Prisons and Department of Corrections searches return no records for Petitioner. Petitioner has not filed any objections to the Report and Recommendation.

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 15) and grants Defendant's Motion to Dismiss.

IT IS SO ORDERED.

Dated: 7/19/2018

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE